1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVOOD KHADEMI,                    No.  2:23-cv-02047-DJC-EFB (PC)

12            Plaintiff,

13        v.                            ORDER

14   COURT OF APPEAL,

15            Defendant.

16

17        By an order filed February 2, 2024, the Court denied Plaintiff's motion to

18   proceed in forma pauperis and ordered plaintiff to pay the filing fee within 14 days.

19   (ECF 8.)  Plaintiff was cautioned that failure to do so would result in dismissal of this

20   action.  The 14-day period has now expired, and Plaintiff has not paid the fee.

21   Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

22

23        IT IS SO ORDERED.

24   Dated:   **March 29, 2024**

25                                       Hon. Daniel J. Calabretta
                                         UNITED STATES DISTRICT JUDGE
26

27

28

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28